1 | TRACY L. WILKISON
Acting United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
JONATHAN GALATZAN
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | VICTOR A. RODGERS
California Bar No. 101281
6 | Assistant United States Attorney
Asset Forfeiture Section
7 |    Federal Courthouse, 14th Floor
   312 North Spring Street
8 |    Los Angeles, California 90012
   Telephone: (213) 894-2569
9 |    Facsimile: (213) 894-0142
   E-mail: Victor.Rodgers@usdoj.gov
10 |
Attorneys for
11 | United States of America

12

UNITED STATES DISTRICT COURT
13
FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
WESTERN DIVISION
15

16 | IN THE MATTER OF THE SEIZURE   ) Case No. 2:21-CM-00240
OF $848,400.00 IN U.S. CURRENCY )
17 |                                ) STIPULATION EXTENDING UNITED
                                ) STATES OF AMERICA'S TIME TO
18 |                                ) FILE COMPLAINT FOR FORFEITURE;
                                ) [PROPOSED] ORDER THEREON LODGED
19 |                                ) UNDER SEPARATE COVER
                                )
20 | _____)

21 |     It is hereby stipulated by and between the United States of

22 | America ("United States" or "the government"), on the one hand,

23 | and claimant Ray Rassuli (the "claimant"), on the other hand, by

24 | and through their respective attorneys, as follows:

25 |     1.   Pursuant to the claim that the United States alleges

26 | was received by the Federal Bureau of Investigation (the "FBI")

27 | on June 21, 2021, claimant filed a claim in the FBI

28 | administrative forfeiture proceedings to $848,400.00 in U.S.

1  Currency (United States Asset Identification Number 21-FBI-

2  003080) (the "property.")

3      2.   It is the United States' position that the FBI sent the

4  written notice of intent to forfeit required by 18 U.S.C.

5  § 983(a)(1)(A) to all known interested parties, the time has

6  expired for any person to file a claim to the property under 18

7  U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has

8  filed a claim to the property as required by law in the

9  administrative forfeiture proceedings.

10      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is

11  required to file a complaint for forfeiture against the property

12  alleging that the property is subject to forfeiture within 90

13  days after a claim has been filed in the administrative

14  forfeiture proceedings, which in this case would be September 19,

15  2021, unless the court extends the deadline for good cause shown

16  or by agreement of the parties.

17      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties

18  wish by agreement to extend to October 19, 2021 the time in which

19  the United States is required to file a complaint for forfeiture

20  against the property alleging that the property is subject to

21  forfeiture, so that the government can investigate this matter

22  and determine whether this matter can be settled without the

23  government having to initiate a civil judicial forfeiture action.

24      5.   Claimant knowingly, intelligently, and voluntarily

25  gives up any right claimant may have under 18 U.S.C. §

26  983(a)(3)(A)-(C) to require the United States to file a complaint

27  for forfeiture against the property alleging that the property is

28  subject to forfeiture by September 19, 2021 and any right

1    claimant may have to seek dismissal of any complaint on the

2    ground that it was not filed on or before such date.

3          6.    The parties agree that the deadline by which the United

4    States shall be required to file a complaint for forfeiture

5    against the property alleging that the property is subject to

6    forfeiture shall be extended to October 19, 2021.

7    SO STIPULATED.

8    DATED: September 16, 2021          TRACY L. WILKISON
                                        Acting United States Attorney
9                                       SCOTT M. GARRINGER
                                        Assistant United States Attorney
10                                      Chief, Criminal Division
                                        JONATHAN GALATZAN
11                                      Assistant United States Attorney
                                        Chief, Asset Forfeiture Section
12
13
                                        _____
                                        VICTOR A. RODGERS
14                                      Assistant United States Attorney

15                                      Attorneys for
                                        United States of America
16

17

18   DATED: September 16, 2021          KAPLAN MARINO, P.C.

19

20                                      _____
                                        NINA MARINO
21
                                        Attorney for Claimant
22                                      RAY RASSULI

23

24

25

26

27

28

                                     3

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 16, 2021,** I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

 **X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Nina Marino**
> **Kaplan Marino**
> **1546 N. Fairfax Avenue**
> **Los Angeles, CA 90046**
> **marino@kaplanmarino.com**
>
> **Attorneys for**
> **RAY RASSULI**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 16, 2021** at Los Angeles, California.

*/s/ Helen Wu*
**HELEN WU**
Senior Paralegal